IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| v. | : | |
| NATHAN J. CHAPMAN, JR., et al. | : | NO. 02-4472 |

<u>ORDER</u>

AND NOW, this _____ day of July, 2002, it appearing that petitioner has filed a petition in this court for Habeas Corpus relief pursuant to 28 U.S.C. §2255 which attacks the constitutionality of his conviction in the Court of Common Pleas of Philadelphia it further County, Pennsylvania, and that this petition should therefore have been brought pursuant to 28 U.S.C. §2254, and

it further appearing that this petition should have been filed with the <u>current</u> standard 28 U.S.C. §2254 form, and NOT the current 28 U.S.C. §2255 form, and

it further appearing that petitioner has neither requested leave to proceed in forma pauperis nor paid the five dollar filing fee, it is hereby

ORDERED that the Clerk of Court furnish petitioner with the current forms for filing a petition pursuant to 28 U.S.C. §2254 and bearing the above-captioned civil action number, and, it is further

ORDERED that petitioner shall <u>complete</u> these forms as directed by Local Civil Rule 9.3 (that is, by setting forth his entire argument on the forms, without recourse to any attachments) and return them to the Clerk of Court within thirty (30) days, together with <u>either</u> a completed in forma pauperis application <u>or</u> a check for five dollars, or else this civil action will be dismissed.

_____
RONALD L. BUCKWALTER, J.