IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NATHAN J. CHAPMAN, JR.      :

         v.      :      CIVIL ACTION NO. 02-4472

PHILIP JOHNSON, ET AL.      :

         :

ORDER OF REPORT AND RECOMMENDATION

AND NOW, this        day of         ,         , in accordance with the procedure for the random assignment of habeas corpus cases, Local Civil Rule 72.1, and 28 U.S.C. §636(b) (1) (B), it is hereby

ORDERED that the above-captioned case is referred to the Honorable PETER B. SCUDERI, United States Magistrate Judge, for a report and recommendation.

BY THE COURT:

_____
RONALD L. BUCKWALTER, J.

civrr