IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| v. | : | |
| NATHAN J. CHAPMAN, JR., et al. | : | NO. 02-4472 |

## ORDER

_____AND NOW, this _____ Day of August, 2002, leave is granted Petitioner to proceed in forma pauperis, for the purpose of all proceedings in this court and also for purposes of filing of a notice of appeal.

_____
RONALD L. BUCKWALTER, J.