IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     :    CIVIL ACTION
                                   :
    v.                         :
                                   :
NATHAN J. CHAPMAN, JR.     :    NO. 2:02-cv-04472-RLB

**O R D E R**

AND NOW, this         day of          , 2002, upon consideration of Relator's Petition for a Writ of Habeas Corpus, IT IS ORDERED that:

1.  The Clerk of Court shall amend the caption in this case to read: NATHAN J. CHAPMAN, JR., v. PHILIP JOHNSON, ET AL. The District Attorney of Philadelphia is added as a party respondent and the caption is hereby so amended.

2.  The District Attorney shall file specific and detailed Answers within thirty (30) days of the date of this order (NO LATER THAN 9/22/02) pursuant to Rule 5, 28 U.S.C. fol. § 2254.[1]

BY THE COURT:

_____
PETER B. SCUDERI
U.S. MAGISTRATE JUDGE

_____

1.  Upon review of Relator's petition, it appears that the petition may be subject to the one-year limitation period found at 28 U.S.C. Section 2244(d)(1).  As a result, Respondents are directed to address the applicability of the one-year limitations period and any equitable considerations thereto.  We note, however, that compliance with this Order in no way excludes or restricts Respondents from filing a full and complete Answer applying all relevant legal theories and defenses.  If, indeed, an Answer on the merits of Relator's claims is deemed necessary, please note in ¶ 2 that the court **_requires_** an Answer to be **specific** and **detailed** as to Relator's claims.